LOUIS SIANO *vs.* COMMONWEALTH. November 10, 1986. *Supreme Judicial Court*, Superintendence of inferior courts. *Practice, Criminal*, New Trial.

We affirm the single justice's denial of relief under G. L. c. 211, § 3 (1984 ed.), because that statute is properly invocable only where a person demonstrates "both a substantial claim of violation of his substantive rights and irremediable error, such that he cannot be placed in statu quo in the regular course of appeal." *Morrissette* v. *Commonwealth*, 380 Mass. 197, 198 (1980). Here, Siano could have appealed from the denial of his motion for new trial but failed to do so. See *Dunbrack* v. *Commonwealth*, ante 502, 504 (1986).

*Judgment affirmed.*

*John Cavicchi* for the plaintiff.
*John T. McDonough*, Assistant District Attorney, for the Commonwealth.